# UNITED STATE DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: 03-513-001 |
| v. | : | |
| MONTE ADAMS, | : | ORDER |
| Defendant. | : | |

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582 ( c)(2) and Federal Rule of Criminal Procedure 43 (b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs and hereby **ORDERS** as follows:

1. The guideline offense level in this case is reduced from 23 to 21;
2. Defendant's sentence is reduced to 49 months from 58 months.
3. All other terms and provisions of the original judgment remain in effect.

A copy of this agreed Order shall be transmitted to the Bureau of Prisons immediately.

**SO ORDERED** on this 6th day of May 2008;

_____
United States District Judge

AGREED:

_____
Joseph G. Mack, A.U.S.A.
Assistant US Attorney

_____
Roy B. Greenman, Esq.
Defense Counsel